Electronically Filed
Supreme Court
SCWC-18-0000850
15-NOV-2024
10:37 AM
Dkt. 18 ODAC

SCWC-18-0000850

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

GABI KIM COLLINS
Petitioner/Plaintiff-Appellant,

vs.

THE ASSOCIATION OF APARTMENT OWNERS OF
KEMOO BY THE LAKE; and EKIMOTO & MORRIS, LLLC,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000850; CASE NO. 1CC131002513)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Gabi Kim Collins' Application for Writ of

Certiorari, filed on September 18, 2024, is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 15, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens